IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
MCALLEN DIVISION

| | | |
|---|---|---|
| JUAN F. MARTINEZ | § | |
| | § | |
| VS. | § | Case No. _____ |
| | § | |
| WHATABURGER RESTAURANTS, LLC | § | |

## INDEX OF DOCUMENTS FILED IN STATE COURT

D-1.   05/30/13   Civil Case Information Sheet

D-2.   05/30/13   Plaintiff Juan F. Martinez' Original Petition

D-3.   05/30/13   Citation issued to Whataburger Franchise, LLC

D-4.   06/04/13   Service of Citation issued to Whataburger Franchise, LLC

D-5.   06/17/13   Citation by mail (Green Card) for Whataburger Franchise, LLC

D-6.   07/03/13   Letter from Crouch & Ramey forwarding Defendant Whataburger Franchise, LLC's Original Answer

D-7.   07/03/13   Defendant Whataburger Franchise, LLC's Original Answer

D-8.   07/23/13   Letter from Shireé D. Salinas, PLLC, Law Office forwarding Plaintiff Juan F. Martinez' First Amended Petition

D-9.   07/23/13   Plaintiff Juan F. Martinez' First Amended Petition

D-10.  07/25/13   Notice for a Telephonic Docket Control Conference

D-11.  08/06/13   Letter from Shireé D. Salinas, PLLC forwarding rule 11 agreement

D-12.  08/06/13   Rule 11 Agreement

D-13.  08/15/13   Letter from Shireé D. Salinas forwarding Plaintiff Juan F. Martinez' Certificate of Written Discovery

D-14.  08/15/13   Plaintiff Juan F. Martinez' Certificate of Written Discovery

D-15.  08/19/13   Letterhead from Shireé D. Salinas forwarding Plaintiff Juan F. Martinez' Certificate of Written Discovery

D-16.  08/19/13   Plaintiff Juan F. Martinez' Certificate of Written Discovery

D-17.  08/26/13   Notice of Mandatory Judicial-Attorney Conference

| | | |
|---|---|---|
| D-18. | 08/26/13 | Docket Control Order |
| D-19. | 08/26/13 | Mediation Order |
| D-20. | 08/26/13 | Notice from Court to Mr. Leo Salzman re: Mediation Order |
| D-21. | 09/30/13 | Letter from Crouch & Ramey forwarding Defendant Whataburger Restaurants LLC's Amended Answer. |
| D-22. | 09/30/13 | Defendant Whataburger Restaurants LLC's Amended Answer |
| D-23. | 10/02/13 | Letter from Shireé D. Salinas forwarding Plaintiff Juan F. Martinez' Certificate of Written Discovery |
| D-24. | 10/02/13 | Plaintiff Juan F. Martinez' Certificate of Written Discovery |
| D-25. | 10/02/13 | Plaintiff Juan F. Martinez' Second Amended Petition |
| D-26. | 11/25/13 | Letterhead from Shireé D. Salinas, PLLC |
| D-27. | 11/26/13 | Letterhead from Shireé D. Salinas, PLLC |
| D-28. | 11/26/13 | Letterhead from Shireé D. Salinas, PLLC |
| D-29. | 11/26/13 | Rule 11 Agreement |
| D-30. | 12/19/13 | Letterhead from Shireé D. Salinas, PLLC forwarding Plaintiff Juan F. Martinez' Motion for Extension of All Deadlines. |
| D-31. | 12/19/13 | Plaintiff Juan F. Martinez' Motion for Extension of All Deadlines |
| D-32. | 12/19/13 | Order Setting Hearing on Plaintiff Juan F. Martinez' Motion for Extension of All Deadlines (not signed by the Judge) |
| D-33. | 12/19/13 | Order Granting Plaintiff Juan F. Martinez' Motion for Extension of All Deadlines (not signed by the Judge) |
| D-34. | 01/02/14 | Order Setting Hearing on Motion for Extension of Deadlines |
| D-35. | 01/07/14 | Order is Moot Parties Agreed to New Scheduling Order |
| D-36. | 01/08/14 | Letterhead/Faxes from Shireé D. Salinas, PLLC |
| D-37. | 01/08/14 | Notice for Mandatory Judicial-Attorney Conference |
| D-38. | 01/08/14 | Docket Control Order |
| D-39. | 02/20/14 | Officer's Certification re: Juan Martinez, Hanger Prosthetics & Orthotics |
| D-40. | 02/20/14 | Officer's Certification re: Juan Martinez, Dr. Enrique Griego |

| | | |
|---|---|---|
| D-41. | 02/20/14 | Letter from Shireé D. Salinas, PLLC |
| D-42. | 02/20/14 | Rule 11 Agreement |
| D-43. | 02/24/14 | Letterhead/Fax from Shireé D. Salinas with Rule 11 Agreement |
| D-44. | 02/24/14 | Notice for a Mandatory Judicial Attorney Conference and Notice of Trial |
| D-45. | 02/24/14 | Docket Control Order |
| D-46. | 02/24/14 | Letterhead from Shireé D. Salinas, PLLC |
| D-47. | 02/24/14 | Rule 11 Agreement |
| D-48. | 03/07/14 | Officer's Certification |
| D-49. | 06/16/14 | Letter from Shireé D. Salinas |
| D-50. | 06/16/14 | Rule 11 Agreement |
| D-51. | 06/20/14 | Letter from Shireé D. Salinas, PLLC |
| D-52. | 06/20/14 | Plaintiff Juan F. Martinez Certificate of Written Discovery |
| D-53. | 07/10/14 | Letter from Shireé D. Salinas, PLLC |
| D-54. | 07/10/14 | Plaintiff Juan F. Martinez Objection to Portion of Notice of Deposition |
| D-55. | 07/17/14 | Letter from Shireé D. Salinas, PLLC |
| D-56. | 07/17/14 | Plaintiff Juan F. Martinez' Motion for Extension of Expert Designation Deadlines with Order (not signed by Judge) |
| D-57. | 07/22/14 | Order Setting Hearing on Plaintiff Juan F. Martinez Motion for Extension of Expert Designation Deadlines (signed by Judge) |